USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYLA REED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BURBERRY LIMITED<br><br>Defendant. | Case No. 1:17-cv-08354<br><br>**STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys for the respective parties in this action that the time for defendant Burberry Limited to move, answer, or otherwise respond to the Complaint, dated October 30, 2017, of plaintiff Kayla Reed shall be and hereby is extended to January 22, 2018.

Dated: December 22, 2017

DANNLAW

By: _____
Javier L. Merino
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Telephone: 201.355.3440
Email: jmerino@dannlaw.com

Attorneys for Plaintiff KAYLA REED

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Tyler E. Baker
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Defendant BURBERRY LIMITED

SO ORDERED:

_____
U.S.D.J.

Dec. 26, 2017

-1-