UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/17

KAYLA REED,

                Plaintiff,

- against -

BURBERRY LIMITED,

                Defendant.

**ORDER**

17 Civ. 8354 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the initial conference in this matter is adjourned to **Thursday, January 25, 2018 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 26, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge