UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/18
```

KAYLA REED, an individual,

Plaintiff,

BURBERRY LIMITED

Defendant.

Case No. 1:17-cv-08354

STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME TO
ENABLE SETTLEMENT DISCUSSIONS

The Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, by order dated October 31, 2017 [Dkt. No. 4], the Court required that seven days before the initial pretrial conference the Parties submit a joint letter and a jointly proposed Case Management Plan; and

WHEREAS, by order dated December 26, 2017 [Dkt. No. 14], the initial conference in this matter was adjourned from Thursday, January 4, 2018 to Thursday, January 25, 2018 at 10:30 a.m.; and

WHEREAS, by order dated December 26, 2017 [Dkt. No. 13], the time for Defendant to move, answer, or otherwise respond to Plaintiff's Complaint was extended to January 22, 2018; and

WHEREAS, the Parties are presently engaged in discussions regarding amicable settlement of this matter with Defendant counsel providing to Plaintiff's counsel on January 16, 2018 a draft settlement agreement for review;

THEREFORE, the Parties stipulate and agree that:

1. To enable the Parties to work to reach an amicable resolution of this matter in the next thirty (30) days, the date of the initial pretrial conference in this matter shall be moved by at least thirty (30) days, to occur at a convenient date to be set by the Court, but no earlier than February 26, 2018.

2. The Parties shall submit a joint letter (as described in the Court's October 31, 2017 order [Dkt. No. 4]) and a jointly proposed Case Management Plan at least seven (7) days prior to the new initial pretrial conference date set by the Court.

3. The time for defendant Burberry Limited to move, answer, or otherwise respond to Plaintiff's Complaint, dated October 30, 2017, of shall be and hereby is extended to March 14, 2018.

4. Each Party shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a) by March 30, 2018.

Dated: January 18, 2018

DANNLAW

By: _____
Javier L. Merino
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Telephone: 201.355.3440
Email: jmerino@dannlaw.com

Attorneys for Plaintiff KAYLA REED

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Tyler E. Baker
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Defendant BURBERRY LIMITED

SO ORDERED:

_____
Judge Paul G. Gardephe
U.S.D.J.

Jan. 19, 2018