UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/18
```

KAYLA REED,

        Plaintiff,

- against -

BURBERRY LIMITED,

        Defendant.

**ORDER**

17 Civ. 8354 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the initial conference in this matter is adjourned to **Thursday, March 1, 2018 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 19, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge