**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Tyler E. Baker
212.634.3048 direct
tbaker@sheppardmullin.com

44GH-226763

February 22, 2018

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Reed v. Burberry Limited, 1:17-cv-08354-PGG</u>

Dear Judge Gardephe:

On behalf of defendant Burberry Limited ("Burberry") and plaintiff Kayla Reed ("Plaintiff"), we write to inform the Court that the parties have reach a settlement in principle in the action *Reed v. Burberry Limited*, 1:17-cv-08354-PGG (the "Action").

Accordingly, the parties respectfully request that the Court enter an order (1) conditionally dismissing the Action without costs; (2) providing that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order; (3) providing that, within thirty (30) days of the date of this Order, Plaintiff may make an application to restore the Action in the event that the settlement is not consummated; and (4) directing the Clerk of the Court to terminate all remaining dates.

We thank the Court for its consideration of this request.

Respectfully,

*Tyler Baker*

Tyler E. Baker
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Javier L. Merino (counsel for Plaintiff) (via ECF)